

U.S. Bankruptcy Court, Northern District of Georgia  - Undeliverable Notice, In re: , Case Number: 15-05433, jrs, Ref: [p-100929635]

**USBankruptcyCourts**  to: bnc      10/25/2016 02:29 PM

From: USBankruptcyCourts@noticingcenter.com
To: bnc@ganb.uscourts.gov

1 attachment

B_P91505433pdf5110305.PDF


Notice of Undeliverable Mail to Court - Adversary Proceeding

October 26, 2016

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Elite Investors, LLC (Series E), Plaintiff
    Partnership Liquidity Investors IV, LLC, Defendant
    Adv. Proc. No. 15-05433 jrs

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
Keith H. Brookings

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Elite Investors, LLC (Series E)

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
John Rocker

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Elite Investors, LLC (Series E)

Reason Undeliverable: INCOMPLETE ADDRESS

Undeliverable Address:
Elite Investors, LLC (Series E)

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
John Rocker

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Elite Investors, LLC (Series E)

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
John Rocker

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Elite Investors, LLC (Series E)

Reason Undeliverable: INCOMPLETE ADDRESS

**IT IS ORDERED as set forth below:**



**Date: October 24, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-51759 |
| | ) | |
| BRIAN LEE WILLIS | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| ELITE INVESTORS, LLC (SERIES E) | ) | |
| as assignee of John L. Rocker | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| v. | ) | |
| | ) | Case No. 15-05433 |
| | ) | |
| PARTNERSHIP | ) | |
| LIQUIDITY INVESTORS IV, LLC | ) | |
| and KEITH H. BROOKINGS, and | ) | |
| BRIAN LEE WILLIS | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | |
|---|---|
| **PARTNERSHIP LIQUIDITY** | ) |
| **INVESTORS IV, LLC** | ) |
| | ) |
| Counter-Claimant, | ) |

|  |  |
|---|---|
| **v.** | ) |
|  | ) |
|  | ) |
|  | ) |
| **ELITE INVESTORS, LLC (SERIES E)** | ) |
| **and JOHN L. ROCKER** | ) |
|  | ) |
| Counter-Defendants. | ) |

_____

### ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMMENT

It is ORDERED that Defendant's Consent Motion to Extend the Time to File a Response to Plaintiff's Motion for Summary Judgment is GRANTED.  Defendant shall have through and including October 28, 2016 to file its response.

END OF DOCUMENT

Order prepared by:

/s/ Ryan L. Isenberg
Attorney for Partnership Liquidity Investors IV, LLC
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
ryan@isenberg-hewitt.com